12392

THOMAS v. THOMAS

(141 S. E., 927)

PARTITION.—Findings of Circuit Court on accounting between co-tenants sustained.

Before TOWNSEND, J., Richland, Summer Term, 1926. Affirmed.

*Messrs. Frank G. Tompkins* and *Heyward Brockinton,* for appellant, cite: *Accountability of tenant in common to co-tenant for insurance money:* 31 S. C., 92; 5 Rich. Eq., 315; 4 Rich. Eq., 476; 15 S. C., 337. *Parol partition of property valid and not subject to Statute of frauds:* I McC. Eq., 32; 5 Rich. Eq., 171; 29 S. C., 544; 21 S. C., 480; 27 S. C., 348; 16 L. R. A., 326; 92 Am. Dec., 121; 121 S. C., 220; 123 S. E., 459; Rich. Eq., 188; 3 Brev., 97; 80 S. C., 460; 20 R. C. L., 721; 86 S. C., 461; 2 Rich. 637; 117 S. C., 480. *An objection is waived unless raised by demurrer or answer:* Sec. 405, Code; 119 S. C., 171; 130 S. C., 115; 132 S. C., 45; 79 S. C., 461; 105 S. C., 212. *Evidence, and failure to object to same:* 72 S. C., 442; 73 S. C., 9; 82 S. C., 461; 121 S. C., 49; 122 S. C., 314; 65 S. C., 229.

*Mr. D. W. Robinson,* for respondent, cites: *Presumption is that the possession of a tenant in common is for benefit of all, and before Statute of Limitations can begin to run it must appear that the holding tenant openly claimed the property as his own:* 125 S. C., 82; 128 S. C., 405. *Tenant in common may insure his interest and is not accountable to co-tenant for what he collects in this way:* 26 S. C., 505.

March 6, 1928.

The opinion of the Court was delivered by MR. JUSTICE BLEASE.

The decree of his Honor, W. H. Townsend, Circuit Judge, in this cause, is satisfactory to this Court. The exceptions of the appellant thereto are overruled, and it is the judgment of this Court that the decree be and the same is hereby affirmed. The appeal of the respondent from the order settling the case for appeal is dismissed.

MR. CHIEF JUSTICE WATTS and MESSRS. JUSTICES COTHRAN and STABLER concur.